IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BUSH, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 18-327 |
| EAST GOSHEN TOWNSHIP *et al.*, | : | |
|     *Defendants*. | : | |

# O R D E R

**AND NOW**, this 16th day of July, 2018, upon consideration of Plaintiff's Complaint (Doc. No. 4), Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 8), and the responses and replies thereto (Doc. Nos. 9–11), it is **ORDERED** that the Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 8) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's July 16, 2018 Memorandum. Ms. Bush may file an amended complaint in an attempt to cure the pleading deficiencies consistent with this Court's accompanying Memorandum by August 31, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE