IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BUSH, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 18-327 |
| EAST GOSHEN TOWNSHIP et al., | : | |
|     *Defendants*. | : | |

# O R D E R

**AND NOW**, this 26th day of September, 2018, upon consideration of Plaintiff's Amended Complaint (Doc. No. 15), Defendants' Partial Motion to Dismiss for Failure to State a Claim (Doc. No. 17), and Plaintiff's response indicating that she does not oppose the motion (Doc. No. 18), it is **ORDERED** that the Defendants' Partial Motion to Dismiss for Failure to State a Claim (Doc. No. 17) is **GRANTED**. Count III (Conspiracy) is **DISMISSED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE