IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BUSH,<br>　　　　*Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| SERGEANT JAMES RENEGAR, *et al.*,<br>　　　　*Defendants* | : | No. 18-327 |

### ORDER

AND NOW, this 8th day of September, 2020, upon consideration of Defendants' Motion for Summary Judgment and accompanying documents (Doc. Nos. 29-31), the response in opposition and accompanying documents (Doc. No. 37-40), Defendants' response to Plaintiff's Statement of Facts in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 41), supplemental briefing submitted by the parties (Doc. Nos. 49-50), and oral argument held on June 19, 2020, it is **ORDERED** that:

1. Plaintiff's conversion claim against both sergeants and her failure-to-intervene claim as it pertains to Sgt. Renegar are **WITHDRAWN**.

2. Regarding the remaining claims which have not been withdrawn, Defendants' Motion for Summary Judgment (Doc. No. 30) is **DENIED** for the reasons set forth in the accompanying Memorandum. The Motion (Doc. No. 30) is **DENIED WITHOUT PREJUDICE** with respect to Defendants' assertion of qualified immunity regarding these claims.

1

3. The parties shall inform the Court as to their availability for trial for the months of January to April 2021 in a joint status report on or before September 18, 2020.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE